**UNITED STATES of America, Appellant, v. Mary CARRIGAN.**

No. 12389.

Circuit Court of Appeals, Eighth Circuit.

July 27, 1942.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and John E. Harris, Sp. Asst. to Atty. Gen., for appellant.

Steve Carrigan, of Hope, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court docketed and dismissed without costs to either party in this Court, on stipulation.